U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 18 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **EDWIN PRESLEY, ET AL.** | \* | **CIVIL ACTION NO. 08-2020** |
| **VERSUS** | \* | **JUDGE ROBERT G. JAMES** |
| **NISOURCE, INC. and COLUMBIA GULF TRANSMISSION COMPANY** | \* | **MAG. JUDGE KAREN L. HAYES** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the Motion to Dismiss [Doc. No. 8] filed by Defendant Nisource, Inc., is hereby **GRANTED**, and that Plaintiffs' claims against said Defendant are **DISMISSED**, without prejudice.

MONROE, LOUISIANA, this 17 day of March, 2009

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE